In the Matter of the WELFARE OF R.
H., petitioner, Appellant,

v.

Donald HAMMERGREN, Superintendent,
Hennepin County Juvenile Center,
Respondent.

No. 82–868.

Supreme Court of Minnesota.

Oct. 5, 1982.

William R. Kennedy, Hennepin County
Public Defender, and Patrick J. Sullivan,
Asst. Public Defender, Minneapolis, for ap-
pellant.

Thomas L. Johnson, County Atty., Ver-
non E. Bergstrom, Chief, Appellate Section,
and James D. Stewart, Asst. County Atty.,
Minneapolis, for respondent.

YETKA, Justice.

This is an appeal by a juvenile from an
order of the Hennepin County District
Court, Juvenile Division, denying a petition
for habeas corpus in which the juvenile
claimed that his right to due process was
violated by the lack of an automatic judicial
hearing following the decision by Hennepin
County Court Services refusing to let him
participate in the Home Detention Pro-
gram. We affirm.

On February 26, 1982, petitioner, who is
now 15, was arraigned in juvenile court on
a petition alleging that on February 24 he
committed a delinquent act, namely, assault
with a dangerous weapon, Minn.Stat.
§ 609.222 (1980). The referee ordered peti-
tioner detained, but directed Hennepin
County Court Services to determine if peti-
tioner was eligible to participate in the
Home Detention Program. Court Services
staff refused to let petitioner participate in
the program. Instead of seeking juvenile
court review of this decision, petitioner's
attorney sought habeas corpus, contending
that he should not have to request a hear-
ing, that such a hearing should be automat-
ic. The juvenile court ruled otherwise, and
we agree.

As the juvenile court noted in its memo-
randum opinion, the decision to detain is
made by the juvenile court. If the court
decides to detain a juvenile, it sometimes, as
here, refers the matter to the Home Deten-
tion Program for a determination by them
whether the juvenile can be detained at
home. That decision is fully reviewable by
the juvenile court on request of the juve-
nile. Due process does not require an auto-
matic juvenile court review in those cases in
which the juvenile does not request it.

Affirmed.